IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH BARNARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO. 3:10-0175 |
| | ) | JUDGE HAYNES |
| SALLIE MAE, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon review of the file, a frivolity hearing is necessary and that hearing is set for **Monday, May 17, 2010 at 2:30 p.m.** The Clerk shall mail a copy of this Order and complaint to the Defendants.

Plaintiff shall appear or risk dismissal of this action.

It is so **ORDERED**.

ENTERED this the 23rd day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge